# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **OLGA BALBUENA-TORRES,** | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| **v.** | § | |
| | § | |
| | § | |
| **JOEL GARCIA, EL PASO FIELD** | § | |
| **OFFICE DIRECTOR, IMMIGRATION** | § | |
| **AND CUSTOMS ENFORCEMENT** | § | |
| **AND REMOVAL OPERATIONS** | § | |
| **(ICE/ERO); DAVID VENTURELLA, IN** | § | **No.  3:26-CV-01878-LS** |
| **HIS OFFICIAL CAPACITY AS** | § | |
| **DIRECTOR OF IMMIGRATION AND** | § | |
| **CUSTOMS ENFORCEMENT (ICE);** | § | |
| **MARKWAYNE MULLIN, IN HIS** | § | |
| **OFFICIAL CAPACITY AS THE** | § | |
| **ACTING SECRETARY OF THE** | § | |
| **DEPARTMENT OF HOMELAND** | § | |
| **SECURITY (DHS); AND TODD** | § | |
| **BLANCHE, U.S. ATTORNEY** | § | |
| **GENERAL,** | § | |
| | § | |
| *Respondents*. | § | |

## ORDER FOR SERVICE

Petitioner Olga Balbuena-Torres seeks a writ of habeas corpus under 28 U.S.C. § 2241.[1]

The petition raises issues which require Respondents to show cause why the Court should not grant

the relief Petitioner seeks.[2] Therefore, the Clerk shall serve copies of the petition and this order

upon Respondents through their counsel, the United States Attorney for the Western District of

---

[1] ECF No. 1.
[2] *See* 28 U.S.C. § 2243.

Texas. Respondents shall show cause by **July 17, 2026**, why the Court should not grant the relief

Petitioner seeks by filing an answer or other responsive pleading.[3]

       **SO ORDERED**.

       **SIGNED** and **ENTERED** on July 10, 2026.

_____

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[3] The Court extends the deadline for the government to review its records. 28 U.S.C. § 2243 ("The writ, or order to show cause shall be directed to the person having custody of the person detained. It shall be returned within three days unless for good cause additional time, not exceeding twenty days, is allowed.").